IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shavonne Daniels, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br><br>The GIANT Company, LLC,<br><br>Defendant. | Case No.: **1:24-cv-01363-CCC** |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Shavonne Daniels ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, The GIANT Company, LLC ("Defendant"). Defendant has not served an answer or motion for summary judgment in this action. Furthermore, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Dated: October 18, 2024                                          Respectfully submitted,

/s/ *Gary F. Lynch*
Gary F. Lynch
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: Gary@lcllp.com

-AND-

Paul J. Doolittle, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
E-mail: Paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Attorneys for Plaintiff*